IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH AARON CIGLER TRUST,

      Plaintiff,

v.                                                              CV No. 20-1206 CG

PAUL L. HANSON,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's *Original Verified Petition* (the "Complaint"), (Doc. 1), filed November 18, 2020. The Complaint was filed by Joseph A. Cigler, who is Plaintiff's Trustee. Plaintiff Trust is not represented by an attorney. Mr. Cigler cannot represent Plaintiff Trust because Mr. Cigler is not an attorney authorized to practice in this Court. *See* D.N.M.LR-Civ. 83.7 (stating "[a] corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court").

Plaintiff Trust shall, by no later than **December 10, 2020**, have an attorney authorized to practice in this Court enter his or her appearance, or show cause why the Court should not dismiss Plaintiff Trust's claims without prejudice for failure to comply with the District of New Mexico's Local Rule of Civil Procedure that a corporation, partnership or business entity other than a natural person can appear only with an attorney. Failure to timely show cause or have an attorney authorized to practice in this Court enter an appearance may result in dismissal of this case.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE